**DENY and Opinion Filed April 19, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00079-CV**

**IN RE LYFT, INC., Relator**

**Original Proceeding from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-01321-E**

## MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Miskel
Opinion by Justice Nowell

Relator's January 24, 2023 petition for writ of mandamus challenges the trial court's order requiring relator to produce information regarding excess insurance policies without a confidentiality designation. Entitlement to mandamus relief requires relator to demonstrate that the trial court clearly abused its discretion and that relator lacks an adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

After reviewing the petition, the record, and the amicus filings before us, we conclude that relator has failed to show that the trial court clearly abused its discretion.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

230079F.P05